ROBERT M. ROSS, ESQ   SBN 58173
KLASS HELMAN & ROSS
16133 Ventura Blvd., Suite 1145
Encino, California 91436
Tel No.: (818) 788-7007
Fax No.: (818) 990-2399

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL TEITELBAUM, an individual,

Plaintiff(s),

v.

CITY OF LOS ANGELES, et al.

Defendant(s).

**CASE NUMBER**

2:16-CV-01726-PSG-JEM

**NOTICE OF DISMISSAL PURSUANT
TO FEDERAL RULES OF CIVIL
PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

5/24/16
_____
Date

_____
Signature of Attorney/Party

*NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for
summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive
pleading or prior to the beginning of trial.*

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
           ) ss.
COUNTY OF LOS ANGELES  )

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 16133 Ventura Boulevard, Suite 1145, Encino, California 91436.

   On May 25, 2016, I served the foregoing document, described as:

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c)**

[X] By placing [  ] the original [XX] true copie(s) thereof, enclosed in a sealed envelope(s), addressed as follows:

Officer James Edwards
Los Angeles Police Department
100 West 1st Street
Los Angeles, CA 90012

[X] **BY U.S. MAIL:** I caused such envelope to be deposited in the mail at Encino, California.  The envelope was mailed with postage thereon fully prepaid.

   I am familiar with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the United States Postal Service on the same day in the ordinary course of business.  I am aware that, on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in this affidavit.

[ ] **BY OVERNIGHT DELIVERY:** By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as shown above, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents, who received these documents at 16133 Ventura Boulevard, Encino, California 91436.

[ ] **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ] **BY FACSIMILE:** By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is 818-990-2399, to each interested party at the facsimile machine telephone number(s) set forth above or on the attached service list.  Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this Firm's sending facsimile machine for each interested party served.  A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

   Service by facsimile transmission was made [ ] pursuant to agreement of the parties, confirmed in writing, or [ ] as a courtesy to the parties.

///
///

1   [ ]    **BY ELECTRONIC SERVICE:** By electronically transmitting the document(s) listed
2   above to the email address(es) of the person(s) set forth on the attached service list from
the e-mail address _____@khrlaw.com at approximately _____. To my knowledge,
the transmission was reported as complete and without error.

3

  [ ] **State:**    I declare under penalty of perjury under the laws of the State of California that the
4   foregoing is true and correct.

5   [X]    **Federal:**    I declare that I am employed in the office of a member of the bar of this
Court, at whose direction the service was made.

6

  EXECUTED on May 25, 2016, at Encino, California.

7

8   Leticia Juarez